No. 13.   PORTO RICO SALT CO. *v.* COLBERG.   Apelación procedente de la Corte de Distrito de Mayagüez.   Resuelto en Febrero 20, 1905. Desestimada la apelación por no haber cumplido el apelante con los artículos 299 del Código de Enjuiciamiento Civil y 50, 51 y 54 del Reglamento.   Abogado de los promoventes: *Sres. Acuña y Méndez.*

No. 14.   EL BANCO DE PUERTO RICO *v.* PÉREZ ET AL.   Apelación procedente de la Corte de Distrito de Arecibo.   Resuelta en Febrero 20, 1905.   Desestimada por no haber cumplido el apelante con lo que disponen los artículos 299 del Código de Enjuiciamiento Civil y 50, 51 y 54 del Reglamento.   Abogado del promovente *Sr. Sarmiento.* Abogado de la parte contraria: *Sr. Santoni.*

No. 18.   HECHT *v.* RIVERA.   Apelación procedente de la Corte de Distrito de Mayagüez.   Resuelto en Marzo 5, 1905.   Desestimada la apelación por no haber cumplido el apelante con los artículos 299 del Código de Enjuiciamiento Civil y 50, 51 y 54 del Reglamento. Abogados del promovente: *Sres. Acuña y Méndez.*   Abogado de la parte contraria: *Sr. Sama.*

No. 5.   H. ROMEU Y CA. *v.* TORO.   Apelación procedente de la Corte de Distrito de Mayagüez.   Resuelto en Marzo 8, 1905.   Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 52 y 54 del Reglamento.   Abogados del promovente: *Sres. Horton y Cornwell.*   Abogado de la parte contraria: *Sr. Ramírez.*

No. 19.   MARTÍNEZ *v.* MARÍN.   Apelación procedente de la Corte de Distrito de Mayagüez.   Resuelto en Marzo 8, 1905.   Desestimada la apelación por incumplimiento de los artículos 299 del Código de Enjuiciamiento Civil y 50, 51 y 54 del Reglamento.   Abogado del promovente: *Sr. Vázquez.*

No. 3.   MÉNDEZ *v.* MÉNDEZ.   Apelación procedente de la Corte de Distrito de Aguadilla.   Resuelto en Marzo 10, 1905.   Desestimada á instancia de la parte apelante.   Abogado del apelante: *Sr. Méndez Vaz.*